# EXHIBIT A



**DEPARTMENT OF VETERANS AFFAIRS**
VA Great Lakes Health Care System
Veterans Integrated Service Network 12
Four Westbrook Corporate Center, Suite 810
Westchester, IL  60154

January 24, 2025

Eghe Egiebor, MD
P.O. Box 68052
Indianapolis, IN 46268

Subject:  Revocation of Privileges – Final Decision

Dr. Egiebor,

This is in response to your request for an appeal dated December 17, 2024, regarding the revocation of your privileges which was effective December 5, 2024.

After careful consideration of the fair hearing decision, the fair hearing evidence, and your fair hearing decision appeal request, I have decided to sustain the privileging action, which was effected on February 12, 2024.

This decision is not subject to further appeal.

If you have questions regarding this matter, please contact Michele C. Hogan, at michele.hogan@va.gov or (708) 492-3000.

Sincerely,

DANIEL ZOMCHEK
Digitally signed by DANIEL ZOMCHEK
Date: 2025.01.24 10:32:22 -06'00'

Daniel S. Zomchek, Ph.D., FACHE
Network Director, VISN 12